March 2, 2016

Hon. Judge Underhill

**VIA ECF**

RE: Notice of Settlement of <u>Angelo and Evelyn Gambino vs Penn Credit</u>
      3:15-cv-01286-SRU

Your Honor:

    We represent Plaintiff in the above referenced action.  We are pleased to report that the parties have reached an agreement to settle this case.

                                          Respectfully yours,

                                          */s/Raphael Deutsch*
                                          Raphael Deutsch, Esq.
                                          301 Highland Avenue

                                          Waterbury, CT, 06708

                                          rdeutsch@rjalegal.com