UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Gambino,
    *Plaintiff*,
    *v.*

Penn Credit,
    *Defendant.*

Docket No. 15-cv-1287 (JBA)

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been settled and that no further action is required. This case will now be dismissed.

If either party wishes to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may move to re-open the case by April 4, 2016.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 3rd day of March, 2016.